■ ERMINIA KIRSHY, Appellant, v AVON PRODUCTS, INC., Respondent, et al., Defendant. (And a Third-Party Action.) [738 NYS2d 206] —Order, Supreme Court, New York County (Barbara Kapnick, J.), entered August 9, 2001, unanimously affirmed for the reasons stated by Kapnick, J., with costs and disbursements. No opinion. Concur—Mazzarelli, J.P., Ellerin, Lerner, Rubin and Marlow, JJ.